# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 08-656 C/W 08-655


**JOHN M. DUHE, JR., ET AL.**

**VERSUS**

**TEXACO, INC., ET AL.**


**\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 86,848 C/W 88,707
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\***


## OSWALD A. DECUIR
## JUDGE


**\*\*\*\*\*\*\*\*\*\***


Court composed of Ulysses Gene Thibodeaux, Chief Judge, and Sylvia R. Cooks
Oswald A. Decuir, Judges.


                                                        **AFFIRMED.**


**William Martin Hudson, III**
**Patrick B. McIntire**
**Lawrence E. Marino**
**Lisa A. Benefield**
**Oats & Hudson**
**Suite 400, Gordon Square**
**100 E. Vermilion Street**
**Lafayette, LA 70501**
**(337) 233-1100**
**Counsel for Plaintiffs/Appellees:**
     **Katie Meranto**
     **Lawrence Toups**

**Robert L. Theriot**
**Liskow & Lewis**
**First City Tower**
**1001 Fannin Street, Suite 1800**
**Houston, TX 77002**
**(713) 651-2957**
**Counsel for Defendants/Appellants:**
> **Texaco, Inc.**
> **Texaco Exploration & Production, Inc.**

**Joe B. Norman**
**Liskow & Lewis**
**701 Poydras Street, Suite 5000**
**New Orleans, LA 70139-5099**
**(504) 581-7979**
**Counsel for Defendants/Appellants:**
> **Texaco, Inc.**
> **Texaco Exploration & Production, Inc.**

**Vanessa W. Anseman**
**Liskow & Lewis**
**822 Harding Street**
**Lafayette, LA 70505**
**(337) 232-7424**
**Counsel for Defendants/Appellants:**
> **Texaco, Inc.**
> **Texaco Exploration & Production, Inc.**

**Charles Simon McCowan, III**
**Kean, Miller, Hawthorne, D'Armond,**
  **McCowan & Jarman, LLP**
**P. O. Box 3513**
**Baton Rouge, LA 70825**
**(225) 387-0999**
**Counsel for Defendants/Appellants:**
> **Texaco, Inc.**
> **Texaco Exploration & Production, Inc.**

**DECUIR, Judge.**

For the reasons assigned in the companion case of *John M. Duhe, Jr., et al. v. Texaco, Inc., et al*, 08-655 (La.App. 3 Cir. ___/___/____), ___ So.2d ___, the judgment of the trial court is affirmed. All costs of these proceedings are taxed to appellant, Texaco, Inc.

**AFFIRMED.**